LANZONE MORGAN, LLP
Amber M. Tham, SBN 266207
amt@lanzonemorgan.com
5001 Airport Plaza Drive, Suite 210
Long Beach, California 90815
Telephone: 562-596-1700
Facsimile: 562-596-0011

Attorneys for Plaintiffs

FILED

FEB 1 2 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| ASHLEY WILLIAMS, an individual; HECTOR MENDEZ, an individual; A.R. and D.R., minors, by and through their Guardians,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO; CITY OF MADERA; LEEDER VUE, an individual; SOCORRO RUVALCABA, an individual; YEE LENG THAO, an individual; NANCY BOYAJIAN, an individual; CLAY HOOVER, an individual; EILEEN GUARACHA, an individual; ENRIQUE ROBLEDO, an individual; and DOES 1 through 10;<br><br>Defendants. | Case No.: 1:18-CV-01543-LJO-EPG<br>Complaint Filed: 11-8-18<br>Assigned to Department:<br>District Judge Lawrence J. O'Neill<br>Assigned to Courtroom: 10<br>Magistrate Judge Erica P. Grosjean<br><br>**ORDER RE: STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE** |

///

///

1

1  The Court has read and considered the Stipulation to Continue Initial
2  Scheduling Conference and it is hereby ORDERED AS FOLLOWS:
3  The Initial Scheduling Conference currently scheduled to take place on
4  February 19, 2019 is continued to April 10, 2019 at 10:30 a.m. The Court grants
5  telephonic appearances, with each party directed to use the following dial-in
6  number and passcode: 1-888-251-2909; passcode 1024453. The parties are also
7  reminded to file a joint scheduling report one full week prior to the conference and
8  email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the
9  Judge's review.

DATED: February 12, 2019

By: _____
ERICA P. GROSJEAN
MAGISTRATE JUDGE
United States District Court

---

ORDER RE: STIPULATION TO CONTINUE INITIAL
SCHEDULING CONFERENCE