1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WILLIAMS, an individual; HECTOR MENDEZ, an individual; A.R. and D.R., minors, by and through their Guardians,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO; CITY OF MADERA; LEEDER VUE, an individual; SOCORRO RUVALCABA, an individual; YEE LANG THAO, an individual; NANCY BOYAJIAN, an individual; CLAY HOOVER, an individual; EILEEN GUARACHA, an individual; ENRIQUE ROBLEDO, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No. 1:18-cv-01543-LJO-EPG<br><br>ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR CONTINUANCE OF THE MAY 21, 2019 STATUS CONFERENCE<br><br>(ECF NO. 26) |

Plaintiffs request an order continuing the May 21, 2019 Status Conference to June 21, 2019. (ECF No. 26.) In the interest of preserving the parties' and the Court's time and resources, the Court will grant this request for a continuance so that all related discovery matters can be properly briefed in joint statements and decided simultaneously.

As such, Plaintiffs have established good cause for a continuance of the May 21, 2019

Status Conference. Plaintiffs' *Ex Parte* Application for Continuance of the May 21, 2019 Status Conference is **GRANTED**. The May 21, 2019 Status Conference is continued to **June 20, 2019, at 10:30 a.m.**

IT IS SO ORDERED.

Dated:   **May 20, 2019**          /s/ Eric P. Grosj

UNITED STATES MAGISTRATE JUDGE