**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ASHLEY WILLIAMS, an individual; HECTOR MENDEZ, an individual; A.R. and D.R., minors, by and through their Guardians,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF FRESNO, *et al.*,**<br>**Defendants** | Case No. 1:18-cv-01543-LJO-EPG<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT EARLY DISCOVERY CONCERNING POLICIES, TRAINING, PRACTICES, PROCEDURES, AND CUSTOMS AND DENYING PLAINIFFS' MOTION TO CONDUCT EARLY DISCOVERY REGARDING JUVEILE RECORDS**<br><br>**(ECF Nos. 28 and 29)** |

Plaintiffs Ashley Williams, Hector Mendez, A.R., and D.R. bring this civil rights suit against Defendants pursuant to 42 U.S.C § 1983. The suit stems from Defendants' allegedly unlawful seizure and detention of minors A.R., D.R., H.M., and G.M. Ashley Williams, the mother of the minors, sues individually and as guardian of A.R., D.R., H.M., and G.M. Hector Mendez, the biological father of H.M. and G.M., sues as well.

On June 13, 2019, Plaintiffs brought two motions for leave to serve discovery prior to the Scheduling Conference set for July 31, 2019.[1] One motion seeks to serve one discovery request on

---

[1] The Scheduling Conference was originally set for Aril 10, 2019. However, the Court continued the conference until July 31, 2019, to allow some time for review of records and production of same by the Juvenile Court.

Defendants seeking "all juvenile records in the possession, custody, and/or control of the responding entity." (ECF No. 28, p.5) The other seeks leave to serve written discovery (interrogatories, requests for production, and requests for admission) on Defendants the County of Fresno and the City of Madera relating to each entity's policies, practices, training, procedures, and customs relative to warrant requirements in the context of child abuse investigations. (ECF No. 29)

On June 20, 2019, the Court held a status conference and heard argument on the motions. Plaintiffs' counsel Shawn McMillan and Adrian Paris were telephonically present. Leslie Dillahunty; attorney for Defendants the County of Fresno, Leeder Vue, Socorro Ruvalcaba, Yee Leng Thao, Nancy Boyajian, Eileen Guaracha, and Enrique Robledo; appeared in person. Diana L. Field, counsel for Defendants the City of Madera and Clay Hoover, appeared telephonically.

For the reasons stated on the record, Plaintiffs' motion for early discovery regarding Policies, Training, Practices, Procedures, and Customs (ECF No. 29) is GRANTED. Plaintiffs have leave to conduct written discovery regarding Defendants' policies, training, practices, procedures, and customs. Responses shall be made in the ordinary course.

For the reasons stated on the record, Plaintiffs' Motion for Leave to Conduct Early Discovery Regarding Juvenile records (ECF No. 28) is DENIED.

IT IS FURTHER ORDERED that the parties shall meet and confer regarding a proposed protective order in this case and file a proposed order no later than July 19, 2019; to the extent there are disagreements, such disagreements can be identified in the proposed protective order.

IT IS SO ORDERED.

Dated: **July 1, 2019**        /s/ Erica P. Grosjean
                               UNITED STATES MAGISTRATE JUDGE