# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| ASHLEY WILLIAMS, an individual; HECTOR MENDEZ, an individual; A.R. and D.R., minors, by and through their Guardians,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO; CITY OF MADERA; LEEDER VUE, an individual; SOCORRO RUVALCABA, an individual; YEE LENG THAO, an individual; NANCY BOYAJIAN, an individual; CLAY HOOVER, an individual; EILEEN GUARACHA, an individual; ENRIQUE ROBLEDO, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No: 1:18-cv-01543-LJO-EPG<br><br>**ORDER GRANTING JOINT STIPULATION FOR LEAVE TO AMEND THE COMPLAINT**<br><br>**[FRCP, Rule 15(a)(2)]**<br><br>**Judge:** Hon. Lawrence J. O'Neill<br>**Magistrate:** Hon. Erica P. Grosjean<br><br>**Complaint Filed**: November 8, 2018 |

1
2  The Court has read and considered the Joint Stipulation for Leave to Amend
3  the Complaint. (ECF No. 43.) After consideration of the stipulation:

**IT IS ORDERED** that Plaintiffs are granted leave to amend the complaint. Plaintiffs' first amended complaint must be filed within seven (7) days of entry of this order. Defendants will have twenty-one (21) days from the date the first amended complaint is filed to respond. The Joint Stipulation is **GRANTED**.

IT IS SO ORDERED.

Dated: __November 13, 2019__

/s/ Erici P. Grosj

UNITED STATES MAGISTRATE JUDGE