# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| ASHLEY WILLIAMS, an individual; HECTOR MENDEZ, an individual; A.R., D.R., H.M., and G.M., minors, by and through their Guardian,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF FRESNO; CITY OF MADERA; LEEDER VUE, an individual; SOCORRO RUVALCABA, an individual; YEE LENG THAO, an individual; NANCY BOYAJIAN, an individual; CLAY HOOVER, an individual; EILEEN GUARACHA, an individual; ENRIQUE ROBLEDO, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No: 1:18-cv-01543-LJO-EPG<br><br>**ORDER GRANTING PLAINTIFFS' SECOND *EX PARTE* APPLICATION TO APPOINT ASHLEY WILLIAMS AS GUARDIAN AD LITEM FOR H.M. AND G.M.**<br><br>**[FRCP, Rule 17(c)(2)]**<br><br>**Judge:** Hon. Lawrence J. O'Neill<br>**Magistrate:** Hon. Erica P. Grosjean<br><br>**Complaint Filed**: November 8, 2018 |

ORDER GRANTING PLAINTIFFS' SECOND *EX PARTE* APPLICATION TO APPOINT ASHLEY
WILLIAMS AS GUARDIAN AD LITEM FOR H.M. AND G.M.

The Court has read and considered the *Ex Parte* Application to Appoint Ashley Williams as Guardian Ad Litem for Plaintiffs H.M. and G.M. and finds that it is reasonable and necessary to appoint a guardian ad litem for Minor Plaintiffs H.M. and G.M.

Fit parents are presumed to act in the best interests of their children. *Troxel v. Granville*, 530 U.S. 57, 66 (2000); *Doe v. Heck*, 327 F.3d 492, 521 (7th Cir. 2003). When a minor is represented by a parent who is a party to the lawsuit and who has the same interests as the child there is no inherent conflict of interest. *Burke v. Smith*, 252 F.3d 1260, 1264 (11th Cir. 2001).

There is no conflict of interest as both parents and children are suing the municipal entities and government officials for similar civil rights violations. (See Dkt. No. 45.) This alignment of interests weighs in favor of appointing Ms. Williams. *Neri v. Tennis Villas at Blackhawk Ass'n, Inc.*, 2013 U.S. Dist. LEXIS 165221, at *3 (N.D. Cal. Nov. 19, 2013); *Gonzalez v. Reno*, 86 F. Supp. 2d 1167, 1185 (S.D. Fla. 2000).

The Court will follow the general presumption and allow the minors' parent to represent their interests. *Gonzalez v. Reno*, 86 F. Supp. 2d 1167, 1185 (S.D. Fla. 2000); *Anthem Life Ins. Co. v. Olguin*, 2007 U.S. Dist. LEXIS 37669, at *6 (E.D. Cal. May 8, 2007); *Sack v. N. E. Med. Servs.*, 2016 U.S. Dist. LEXIS 140042, at *2 (N.D. Cal. Oct. 7, 2016).

**IT IS ORDERED** that Ashley Williams is hereby appointed as the guardian ad litem for minors H.M. and G.M. Plaintiffs' *ex parte* application is **GRANTED**.

IT IS SO ORDERED.

Dated: **November 19, 2019**    /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE