|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |
| 8  |    |
| 9  |    |
| 10 |    |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| ASHLEY WILLIAMS, an individual; HECTOR MENDEZ, an individual; A.R., D.R., H.M., and G.M., minors, by and through their Guardians, | Case No: 1:18-cv-01543-NONE-EPG |
|---|---|
| Plaintiffs, | **ORDER GRANTING, IN PART, JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER AND CONTINUE ALL DATES** |
| vs. | **(ECF No. 61)** |
| COUNTY OF FRESNO; CITY OF MADERA; LEEDER VUE, an individual; SOCORRO RUVALCABA, an individual; YEE LENG THAO, an individual; NANCY BOYAJIAN, an individual; CLAY HOOVER, an individual; EILEEN GUARACHA, an individual; ENRIQUE ROBLEDO, an individual; and DOES 1 through 10, | |
| Defendants. | |

The Court has considered the Joint Stipulation to Modify the Scheduling Order and Continue All Dates, (ECF No. 61), and finds good cause to continue the schedule. The Court notes that the requested pretrial conference and trial dates were not available, so the Court has modified the schedule to include dates as close to the requested ones as possible.

///

///

**IT IS HEREBY ORDERED** that good cause exists to modify the Court's Scheduling Conference Order (ECF No. 34) and continue all dates, including the trial date, as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Fact Discovery Cut-Off | October 16, 2020 | February 16, 2021 |
| Opening Expert Disclosure | November 16, 2020 | March 16, 2021 |
| Rebuttal Expert Disclosure | December 14, 2020 | April 13, 2021 |
| Expert Discovery Cut-Off | February 9, 2021 | June 9, 2021 |
| Last Day to File Motions | March 26, 2021 | July 26, 2021 |
| Settlement Conference | Not Yet Set | N/A |
| Final Pretrial Conference | July 21, 2021 | November 15, 2021, at 1:30 p.m. |
| Jury Trial | September 21, 2021 | January 25, 2022, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **June 19, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE