1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| ASHLEY WILLIAMS, an individual; HECTOR MENDEZ, an individual; A.R., D.R., H.M., and G.M., minors, by and through their Guardians,<br><br>            Plaintiffs,<br><br>   vs.<br><br>COUNTY OF FRESNO; CITY OF MADERA; LEEDER VUE, an individual; SOCORRO RUVALCABA, an individual; YEE LENG THAO, an individual; NANCY BOYAJIAN, an individual; CLAY HOOVER, an individual; EILEEN GUARACHA, an individual; ENRIQUE ROBLEDO, an individual; and DOES 1 through 10,<br><br>           Defendants. | Case No: 1:18-cv-01543-NONE-EPG<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER AND CONTINUE ALL DATES**<br><br>**(ECF No. 65)** |

      The Court has read and considered the Second Joint Stipulation to Modify the Scheduling Order and Continue All Dates (ECF No. 65), and finding good cause therefore:

///

**IT IS HEREBY ORDERED** the Court's Scheduling Conference Order (Dkt. No. 34, 62) is hereby modified as follows:[1]

| Event | Previous Date | Revised Date |
| --- | --- | --- |
| Fact Discovery Cut-Off | February 16, 2021 | June 25, 2021 |
| Opening Expert Disclosure | March 16, 2021 | July 14, 2021 |
| Rebuttal Expert Disclosure | April 13, 2021 | August 11, 2021 |
| Expert Discovery Cut-Off | June 9, 2021 | October 7, 2021 |
| Last Day to File Motions | July 26, 2021 | November 22, 2021 |
| Settlement Conference | Not Yet Set | N/A |
| Final Pretrial Conference | November 15, 2021 | March 23, 2022 at 8:15 a.m. |
| Jury Trial | January 25, 2022 | May 24, 2022 at 8:30 a.m. |

IT IS SO ORDERED.

   Dated:   **September 25, 2020**             /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] To accommodate the Court's schedule, the revised pretrial conference date differs from the proposal. The Court was able to accommodate the parties' requested trial date.