UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WILLIAMS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | No. 1:18-cv-01543-NONE-EPG<br><br>ORDER GRANTING THIRD JOINT STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 67) |

On February 9, 2021, the parties filed a Third Joint Stipulation to Modify the Scheduling Order and Continue All Deadlines. (ECF No. 67). The Court held a telephonic hearing on the same on February 24, 2021. Plaintiff's counsel, Adrian Paris, and defense counsel, Leslie Dillahunty and Pete Ferguson, appeared.

At the hearing, the parties discussed the progress made in discovery and the feasibility and importance of adhering to the proposed revised schedule.

For the reasons stated on the record, the Court finds good cause to grant this extension. However, based on the parties' representations, the number of previous extensions, and the time elapsed since discovery opened, the parties should consider these dates, especially the close of non-expert discovery, to be firm.

Accordingly, IT IS HEREBY ORDERED that the stipulation to modify the scheduling order (ECF No. 67) is GRANTED and this case shall proceed on the following schedule:

| Event | Current Date | Revised Date |
|---|---|---|
| Status Conference | n/a | July 19, 2021 at 10:30 a.m. |
| Fact Discovery Cut-Off | June 25, 2021 | September 24, 2021 |
| Opening Expert Disclosure | July 14, 2021 | October 12, 2021 |
| Rebuttal Expert Disclosure | August 11, 2021 | November 10, 2021 |
| Expert Discovery Cut-Off | October 7, 2021 | January 5, 2022 |
| Last Day to File Motions | November 22, 2021 | February 4, 2022 |
| Settlement Conference | Not Yet Set | Not Yet Set |
| Final Pretrial Conference | March 23, 2022 | June 24, 2022 at 8:15 a.m. |
| Jury Trial | May 24, 2022 | August 23, 2022, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: **February 24, 2021**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE