UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WILLIAMS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF FRESNO, et al.,<br><br>Defendants. | No.  1:18-cv-01543-NONE-EPG<br><br>ORDER GRANTING FOURTH JOINT STIPULATION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 74) |

On July 23, 2021, the parties filed their Fourth Stipulation to Modify the Scheduling Order and Continue All Deadlines. (ECF No. 74). As grounds, the parties generally state that discovery has been impacted by COVID-19 and the parties still need to conduct additional depositions and will not be able to do so before the current fact discovery cutoff of September 24, 2021. Accordingly, the parties request an extension of all current deadlines.

The Court finds good cause to grant this extension. However, based on the parties' representations, the number of previous extensions, and the time elapsed since discovery opened, the parties should consider these dates, especially the close of non-expert discovery, to be firm.

Accordingly, IT IS HEREBY ORDERED that the stipulation to modify the scheduling order (ECF No. 74) is GRANTED and this case shall proceed on the following schedule:

///

///

| Event | Current Date | Revised Date |
|---|---|---|
| Fact Discovery Cut-Off | September 24, 2021 | March 31, 2022 |
| Opening Expert Disclosure | October 12, 2021 | April 13, 2022 |
| Rebuttal Expert Disclosure | November 10, 2021 | May 18, 2022 |
| Expert Discovery Cut-Off | January 5, 2022 | July 13, 2022 |
| Last Day to File Motions | February 4, 2022 | August 10, 2022 |
| Settlement Conference | Not Yet Set | Not Yet Set |
| Final Pretrial Conference | June 24, 2022 | October 18, 2022 at 8:30 am |
| Jury Trial | August 23, 2022 | December 6, 2022 at 8:30 am |

IT IS SO ORDERED.

Dated: **July 28, 2021**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE