UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY WILLIAMS, et al., | Case No. 1:18-cv-01543 JLT EPG |
| Plaintiffs, | ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS AND DIMISSING CASE WITHOUT PREJUDICE |
| v. | |
| COUNTY OF FRESNO, et al., | (Doc. 83) |
| Defendants. | |

Ashley Williams— individually and as guardian ad litem for A.R., D.R., H.M., and G.M.—and Hector Mendez are proceeding *pro se* in this civil rights action. On January 24, 2022, the assigned magistrate judge determined Plaintiffs failed to prosecute the action following the withdrawal of counsel, and did not comply with the Court's order. (Doc. 83.) Therefore, the magistrate judge recommended this case be dismissed, without prejudice, due to Plaintiffs' failure to prosecute and comply with the Court's order dated December 13, 2021. (*Id.* at 4.) The Findings and Recommendations permitted the parties fourteens days to file any objections. (*Id.*) To date, no objections have been filed by either party and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and *Britt v. Simi Valley United School Dist*., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court finds the Findings and Recommendations are supported by the record and proper analysis. Thurs, the Court **ORDERS**:

   1.    The Findings and Recommendations dated January 24, 2022 (Doc. 83) are

1

1 **ADOPTED**.

2    2.    This case is **DISMISSED** without prejudice; and

3    3.    The Clerk of Court is directed to close this case, as this order terminates the matter in its entirety.

IT IS SO ORDERED.

Dated:   **March 3, 2022**

_____
UNITED STATES DISTRICT JUDGE